IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORMA E. LOPEZ, | ) | 4:08CV3091 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, and | ) | |
| NEBRASKA, STATE OF, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Discovery and Inspection of Documents (filing no. 30) and Motion to Appoint Counsel (filing no. 33). The court has carefully reviewed the Motions and Respondents' Brief in Opposition (filing no. 31) and concludes that it will wait to resolve Petitioner's Motions (filing nos. 30 and 33) until after full briefing in the case.

March 10, 2009.   BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge