IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORMA E. LOPEZ, | ) | |
| Petitioner, | ) | 4:08CV3091 |
| v. | ) | |
| ROBERT HOUSTON, STATE OF NEBRASKA | ) | MEMORANDUM AND ORDER |
| Respondents. | ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing 27, (Banker's box containing 22 parts and 1 DVD), be returned to Erin Leuenberger, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 15th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge